**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: FORTIETH STATEWIDE      :   No. 107 WM 2018
INVESTIGATING GRAND JURY      :
                                     :
                                     :
PETITION OF: R.G.      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2018, in consideration of the Petition for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

    The Application to File under Seal, the Application for Leave to File Reply in Further Support of Petition for Review, and the Application for Leave to File Reply in Further Support of Application to File under Seal are GRANTED.

    Jurisdiction is relinquished.

    The instant order is unsealed.